UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY LANE HERRING, JR. | * |
| | *    CIVIL ACTION NO. 1:19-CV- |
| PLAINTIFF, | *    00941–LG-RHW |
| | * |
| VERSUS | * |
| | * |
| BP EXPLORATION & PRODUCTION | *    JUDGE GUIROLA, JR. |
| INC. and BP AMERICA PRODUCTION | * |
| COMPANY, | *    MAGISTRATE |
| | *    JUDGE WALKER |
| DEFENDANTS. | * |
| | * |
| Related to:    12-968 BELO | * |
|              in MDL No. 2179 | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Jeffrey Lane Herring, Jr. "Plaintiff" herein, and Defendants BP Exploration & Production Inc. and BP America Production Company, in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff in this action against Defendants BP Exploration & Production Inc. and BP America Production Company are dismissed with prejudice, with each party to bear its own costs.

Date: February 28, 2020

                                                   Respectfully submitted,

                                                   */s/ Shantrell Nicks*
                                                   Shantrell Nicks (MS Bar No. 99642)
                                                   The Nicks Law Firm
                                                   1800 25th Avenue
                                                   Gulfport, Mississippi 39501
                                                   Telephone: (228) 864-8846
                                                   Telefax: (228) 864-3346

{11996.00588 / W1107306}

/s/ Howard L. Nations
Howard L. Nations
The Nations Law Firm
Texas State Bar No. 14823000
3131 Briarpark Drive, Suite 208
Houston, Texas 77042
Telephone: (713) 807-8400
Telefax: (713) 807-8423

**ATTORNEYS FOR PLAINTIFF**

*/s/ Edderek Cole*
Thomas W. Tardy, III (MS Bar #7431)
Edderek "Beau" Cole (MS Bar # 10044)
Chan McLeod (MS Bar #101182)
Clare S. Rush (MS Bar #102580)
MARON MARVEL BRADLEY ANDERSON
& TARDY LLC
200 South Lamar Street, Suite 550 North
Jackson, Mississippi 39201
Telephone: (601) 812-6630
Telefax:  (601) 206-0119

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2020, the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Mississippi by using the CM/ECF System. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                                          */s/ Shantrell Nicks*
                                                          Shantrell Nicks

{11996.00588 / W1107306}